**99–359. Berthelot v. Dezso.**
Summit App. No. 19349. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. On July 7, 1999, appellee Michael J. Berthelot filed a memorandum opposing motion to remand which was due June 28, 1999. S.Ct.Prac.R. XIV(1)(C) prohibits the filing of a memorandum that is not timely. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the memorandum opposing motion to remand be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS